# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Malik W. Ahmad<br>Attorney at Law, Bar No. 10305 | Case No. 2:19-ms-00096<br>ORDER OF SUSPENSION |

On December 3, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt. On December 5, 2019, the OSC was returned as attempted. The OSC provided Malik W. Ahmad 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Ahmad. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Malik W. Ahmad, Bar No. 10305, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 4th day of Febraury 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 4th day of February 2020, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Malik W. Ahmad
> 8072 W. Sahara Ave., Ste. A
> Las Vegas, NV 89117

Certified Mail No.: 7019 0700 0001 7574 6956

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada