UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*In re*: Malik W. Ahmad
Attorney at Law, Bar No. 10305

Case No.: 2:19-ms-00096

ORDER

    This is an attorney discipline matter. Before the Court is attorney Malik W. Ahmad's petition for reinstatement. (ECF No. 7 ("Petition").) In his Petition, Mr. Ahmad asks the Court to reinstate him because he has been fully reinstated by the Nevada Supreme Court ("NSC"), and this Court reciprocally suspended him. (*Id.* at 1-3.) Mr. Ahmad is correct that he has been reinstated by the NSC. (*Id.* at 12-13.) The Court previously ordered Mr. Ahmad to supplement his Petition with proof he also paid the fine the NSC imposed on him. (ECF No. 8.) Mr. Ahmad has now done so. (ECF No. 9; *see also id.* at 7 (attaching copy of cashier's check showing he paid the fine).)

    Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." LR IA 11-7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.* However, the decision as to whether and under what circumstances the attorney will be reinstated to practice

before this Court is left to the discretion of the Chief Judge, or other reviewing Judge if the Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

The Court will grant the Petition because Mr. Ahmad has sufficiently demonstrated he is an attorney in good standing with the State Bar of Nevada and has otherwise shown cause to be readmitted to the bar of this Court.

It is therefore ordered that attorney Malik W. Ahmad's petition for reinstatement (ECF No. 7) is granted.

The Clerk of Court is directed to close this case.

DATED THIS 3rd Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE